1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  JOGA SINGH,                          )    1:07-CV-00021 OWW NEW HC
                                        )
9                    Petitioner,        )
                                        )    ORDER GRANTING MOTION TO DISMISS
10       v.                             )    [Doc. #7]
                                        )
11                                      )
     ALBERTO R. GONZALES, et al.,       )
12                                      )
                     Respondents.       )
13  _____)

14
15     _____Petitioner, a detainee of the Bureau of Immigration and Customs Enforcement ("ICE"), has

filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

16
17          On February 15, 2007, Respondent filed a motion to dismiss the petition for mootness.

Respondent states Petitioner has been released from custody. In support of this contention,
18
Respondent has submitted a copy of the Release Notification which shows Petitioner was granted
19
release on January 30, 2007, pursuant to an order of supervision. The Court further notes that the
20
orders served on Petitioner were returned by the U.S. Postal Service as undeliverable with the
21
following notation: "Out of Custody."
22
            Accordingly, good cause having been presented and good cause appearing therefor, IT IS
23
ORDERED that Respondent's Motion to Dismiss the Petition is GRANTED and the Petition is
24
DISMISSED. The Clerk of Court is DIRECTED to enter judgment.
25
IT IS SO ORDERED.
26
**Dated:   March 6, 2007**              _____**/s/ Oliver W. Wanger**_____
27  emm0d6                               UNITED STATES DISTRICT JUDGE
28